**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

_____
                                        )
GENERAL LINEN SERVICE, INC.             )
                                        )
                Plaintiff,              )
                                        )    Case No. 12-CV-111-SM
v.                                      )
                                        )
GENERAL LINEN SERVICE CO., INC.         )
                                        )
                Defendant.              )
_____)

## PLAINTIFF'S MOTION TO LIFT STAY AND REOPEN CASE

The plaintiff General Linen Service, Inc. ("General Linen") moves this Court to lift the stay that was issued on July 9, 2012 and reopen the above-captioned matter. General Linen states in support as follows:

1.      On or about July 2, 2012, the defendant General Linen Service Co., Inc. of Somersworth, N.H. ("GL Somersworth") filed an assented-to motion to stay the present case for a maximum period of one-year.

2.      On July 9, 2012, this Court (McAuliffe, J.) granted defendant's motion stating that "the clerk shall administratively close this case subject to reopening on motion of either party."

3.      The agreed-upon stay has expired and pursuant to the Court's July 9th Order, General Linen hereby moves to lift the current stay and reopen the case.

4.      Undersigned counsel sought the assent of opposing counsel, Dennis Kelly, to the relief requested herein.  However, as of the filing of this motion, opposing counsel has not yet responded.

5.      No memorandum of law accompanies this motion as all relevant authority

is cited herein.

WHEREFORE, General Linen respectfully requests that the Court:

A.      Lift the stay and reopen this case; and

B.      Grant such other and further relief as justice requires

Respectfully submitted,

**ORR & RENO, P.A.**

Dated: July 29, 2013            By:    /s/ James F. Laboe
                                       James F. Laboe (NHB #14571)
                                       P.O. Box 3550
                                       Concord, New Hampshire 03302-3550
                                       Telephone:  (603) 224-2381
                                       Facsimile:  (603) 223-2318

                                       *Attorneys for Plaintiff*
                                       *General Linen Service, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2013, I electronically filed the

foregoing motion with the Clerk of Court using the CM/ECF system which sent

notification of such filing to all counsel of record.

/s/ James F. Laboe
James F. Laboe