# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| GENERAL LINEN SERVICE, INC., )<br>)<br>Plaintiff / Defendant-in-Counterclaim )<br>)<br>v. )<br>)<br>GENERAL LINEN SERVICE CO., INC., )<br>)<br>Defendant / Plaintiff-in-Counterclaim )<br>) | Docket No. 12-CV-111-LM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in the above-entitled action hereby stipulate that all claims and counterclaims made by both parties in this action shall be dismissed with prejudice, without costs assessed against any party, each party to bear its own attorneys' fees, and each party waiving all rights of appeal.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PLAINTIFF, DEFENDANT-IN-COUNTERCLAIM GENERAL LINEN SERVICE, INC.<br>By its attorneys, | DEFENDANT, PLAINTIFF-IN-COUNTERCLAIM GENERAL LINEN SERVICE CO., INC.<br>By its attorneys, |
| /s/ James F. Laboe<br>James F. Laboe (NHB #14571)<br>Jeffrey C. Spear (NHB #14938)<br>Orr & Reno, P.A.<br>P.O. Box 3550<br>Concord, NH 03302-3550<br>603.224.2381 | /s/ Dennis J. Kelly<br>Dennis J. Kelly (BBO # 266340)<br>Paul R. Mastrocola (BBO # 630664)<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 345-3000<br><br>Admitted *Pro Hac Vice*<br><br>/s/ Joseph G. Mattson<br>Donald J. Perrault (Bar # 2003)<br>Joseph G. Mattson (Bar #19287)<br>Wadleigh, Starr & Peters, P.L.L.C.<br>95 Market Street<br>Manchester, NH 03101<br>603-669-4140 |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 25, 2016.

    /s/ Joseph G. Mattson
*Attorney for Defendant / Plaintiff-in-Counterclaim*

4826-9398-5073.1